UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:23-cv-2383-JGB (SK) | Date: September 22, 2023 |
| Title   Akiva Israel v. A. Moreno et al | |

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE**

In July 2023, the Court ordered Plaintiff to submit his completed USM-285 forms by August 30, 2023.  (ECF 11 at 3).  Yet as of the date of this order, the Court has not received Plaintiff's completed USM-285 forms; it has received only a proof of such mailing to the Court but not the completed forms themselves.

Thus, in the interest of justice, attached to this order is another complete set of instructions and forms for Plaintiff to submit his completed USM-285 forms.  Plaintiff's deadline to submit these forms is extended to **October 21, 2023**.  And, on its own motion, the Court extends the time for Plaintiff to complete service of the Summons and the Complaint to **December 20, 2023**.  *See* Fed. R. Civ. P. 4(m).

Failure to submit these required documents or otherwise timely respond to this order by October 21, 2023 may lead to involuntary dismissal of this action for failure to prosecute and obey court orders.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.